Filed          20-CI-003711   07/02/2020          David L. Nicholson, Jefferson Circuit Clerk

Filed                                                                    DOCUMENT
                                                                    07/09/2020 12:24:31 PM
                                                                    85016

NO. _____          JEFFERSON CIRCUIT COURT
                               DIVISION _____
                               JUDGE _____

*Electronically Filed*

**KATHRYN HOCKENBERRY**                                    **PLAINTIFF**

v.

**ANDRW FOLEY**                                            **DEFENDANTS**
279 Highway 337
Coyrdon, Indiana 47112

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY**
6000 American Parkway
Madison, WI 53783

## <u>COMPLAINT</u>

\*          \*          \*          \*          \*

Comes the Plaintiff, Kathryn Hockenberry, by and through undersigned counsel, and for

her cause of action against Defendants Andrw Foley (hereinafter, "Foley") and American Family

Mutual Insurance Company hereby states as follows:

1.      The incident giving rise to this action occurred in Louisville, Jefferson County,

Kentucky.

2.      At all times relevant hereto, Plaintiff Kathryn Hockenberry resided in Louisville,

Jefferson County, Kentucky.

3.      At all times relevant hereto, Defendant Foley resided in Coyrdon, Harrison

County, Indiana.

4.      Defendant, American Family Mutual Insurance Company is an insurance company

domiciled in the state of Wisconsin and can be served at 6000 American Parkway, Madison, WI

53783.

COM : 000001 of 000006

Filed          20-CI-003711   07/02/2020          David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
                                                                 07/09/2020 12:24:31 PM
                                                                 85016

5.      At all times relevant hereto, Defendant Foley and American Family Mutual Insurance Company have the required minimum contacts in Jefferson County, Kentucky to be subject to the jurisdiction of this court.

### FACTS

6.      On or about August 7, 2019, Plaintiff was driving her vehicle traveling southbound in the left lane on Taylor Blvd at Camden, Jefferson County, Kentucky. Defendant Foley was traveling northbound in the right lane on Taylor Blvd at Camden, Jefferson County, Kentucky.

7.       While travelling northbound, Foley swerved into the Plaintiff's lane of traffic and collided with the Plaintiff's vehicle head on.

8.      Plaintiff's property was damaged as a result of the collision.

9.      The collision injured Plaintiff.

10.     Plaintiff's damages are in excess of the minimum dollar amount necessary to invoke the jurisdiction of this Court.

### COUNT I – NEGLIGENCE

11.     Plaintiff incorporates the above paragraphs as if set forth fully herein.

12.     The Defendant had a duty to operate his vehicle in a reasonable and safe manner to protect other motorists on the roadway from injurie.

13.     The Defendant breached this duty when he swerved into the Plaintiff's lane and collided with Plaintiff.

14.     As a direct and proximate result of the negligent acts and/or omissions of the Defendant Foley, the Plaintiff was caused to incur medical expenses both past and future,

COM : 000002 of 000006

Filed          20-CI-003711   07/02/2020          David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
                                                                                            07/09/2020 12:24:31 PM
                                                                                            85016

physical and mental pain and suffering both past and future, increased risk of harm, mental

anguish and lost enjoyment of life.

## COUNT II – VIOLATION OF UCSPA

15.     At the time of the collision the Defendant, Foley, possessed insurance coverage

through Defendant, American Family Mutual Insurance Company.

16.     Plaintiff's attorney has submitted a liability claim on behalf of Plaintiff to

American Family Mutual Insurance Company.  American Family Mutual Insurance Company

has offered unreasonable and denial to the Plaintiff to compensate her for her claims, including

personal injury, medical expenses and others; Specifically, American Family Mutual Insurance

Company has intentionally disregarded the diagnosis of Ms. Hockenberry's treating physician, a

board-certified neurologist.

17.     American Family Mutual Insurance Company has violated KRS 304.12-230 by

failing to conduct a reasonable investigation by failing to base their claim on (1) the facts of the

case (2) the medical bills incurred by Plaintiff (3) Kentucky law.

18.     American Family Mutual Insurance Company has violated KRS 301.12-230 by

failing to attempt in good faith to effectuate a prompt, fair and equitable settlement of Plaintiff's

claim when liability has become reasonably clear; specifically, the adjuster has acted in bad faith

by continuing to claim that the Plaintiff's claims regarding her diagnosed brain injury are nearly

worthless without conducting a reasonable investigation.

19.      American Family Mutual Insurance Company has violated KRS 301.12-230 by

forcing the Plaintiff herein to institute this litigation to recover a fair and reasonable amount for

personal injury when liability is clearly established.

COM : 000003 of 000006

Filed          20-CI-003711   07/02/2020          David L. Nicholson, Jefferson Circuit Clerk

Filed          20-CI-003711   07/02/2020          David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
07/09/2020 12:24:31 PM
85016

20.     Plaintiff has been damaged by Defendant, American Family Mutual Insurance Company's violations of the Unfair Claims Settlement Practices Act by being placed in a situation of long-term financial uncertainty and the additional stress of litigation of this case.

21.     Plaintiff if entitled to recover from American Family Mutual Insurance Company for their violations of statutes and regulations, including but not limited to, by and through, KRS 446.070, 304.12-230 and 304.12-235, to include interest stated therein, attorney fees and punitive damages.

### COUNT III – BAD FAITH

22.     Plaintiff re-alleges and re-incorporates the allegations of all preceding paragraphs.

23.     Defendant American Family Mutual Insurance Company has a duty to act in good faith to effectuate a fair and reasonable settlement of Plaintiff's claims.

24.     Defendant American Family Mutual Insurance Company breached its duty to act in good faith by disregarding the diagnosis of the Plaintiff's board-certified treating neurologist. American Family has continually refused to consider the brain injury diagnosis of Ms. Hockenberry's treating physician despite offering no good faith basis to deny this claim.

25.     Defendant informed Plaintiff's counsel that they were not considering Ms. Hockenberry's diagnosed brain injury, brain injury treatment, and predicted future medical expenses associated with her brain injury in their offers of settlement.  Ms. Hockenberry engaged in conservative and lengthy therapy to address her brain injury.  American Family has chosen to ignore this portion of Ms. Hockenberry's claims and damages.

26.     Defendant American Family Mutual Insurance Company had an obligation to resolve Plaintiff's claim under the terms of its insurance policy with Defendant Foley.

COM : 000004 of 000006

Filed          20-CI-003711    07/02/2020        David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
07/09/2020 12:24:31 PM
85016

27.     Defendant American Family Mutual Insurance Company knew there was no reasonable basis in law or fact, for its failure to consider Ms. Hockenberry's brain injury; or, in the alternative Defendant acted with reckless disregard in its evaluation of Ms. Hockenberry's injuries/damages.

28.     As a direct and proximate result of the aforesaid unfair, deceptive, and intentional acts of Defendant American Family Mutual Insurance Company, Plaintiff was faced with long-term uncertainty as to her financial future and undue hardship.

29.     Punitive damages are warranted against Defendant American Family Mutual Insurance Company.

**WHEREFORE**, Plaintiff, by and through undersigned counsel, respectfully demands judgment against Defendant as follows:

1.     For an amount of compensatory damages, including property damage, that is fair and reasonable as established by the evidence;

2.     For punitive damages;

3.     For prejudgment interest from the date of injury until such time as judgment is paid;

4.     For her costs herein expended; and

5.     For any and all other relief to which she may be entitled.

COM : 000005 of 000006

Filed          20-CI-003711   07/02/2020          David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT
                                                                                07/09/2020 12:24:31 PM
                                                                                85016

Respectfully submitted,

**Alex R. White, PLLC**


/s/John K. Spalding
John K. Spalding
908 Minoma Avenue
Louisville, KY 40217
Telephone: (502) 882-7552
Facsimile: (502) 585-3559
John@arwhitelaw.com
*Counsel for Plaintiff*



| AOC-E-105 | Sum Code: CI |
| Rev. 9-14 | |

Commonwealth of Kentucky
Court of Justice    *Courts.ky.gov*

CR 4.02; Cr Official Form 1

NOT ORIGINAL DOCUMENT
08/24/2020 03:46:28 PM
87368

Case #:  **20-CI-003711**

Court:   **CIRCUIT**

County:  **JEFFERSON Circuit**

# CIVIL SUMMONS

---

*Plaintiff,* **HOCKENBERRY, KATHRYN VS. FOLEY, ANDRW, ET AL**, *Defendant*

TO:  **ANDRW FOLEY**
       **279 HIGHWAY 337**
       **COYRDON, IN 47112**

The Commonwealth of Kentucky to Defendant:

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.



Jefferson Circuit Clerk
Date: **6/29/2020**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

       To: _____

☐ Not Served because: _____

   Date: _____, 20 _____

   _____
                                         Served By

   _____
                                         Title

---

Summons ID: @00000950563
CIRCUIT: 20-CI-003711 Certified Mail
HOCKENBERRY, KATHRYN VS. FOLEY, ANDRW, ET AL



Page 1 of 1

*e*Filed

Presiding Judge: HON. OLU A. STEVENS (630305)

CI : 000001 of 000001

NOT ORIGINAL DOCUMENT
08/24/2020 03:46:51 PM
87368

AOC-E-105          Sum Code: CI
Rev. 9-14



Commonwealth of Kentucky
Court of Justice     Courts.ky.gov

CR 4.02; Cr Official Form 1

Case #:  **20-CI-003711**

Court:   **CIRCUIT**

County:  **JEFFERSON Circuit**

## CIVIL SUMMONS

*Plaintiff,* **HOCKENBERRY, KATHRYN VS. FOLEY, ANDRW, ET AL**, *Defendant*

TO:  **AMERICAN FAMILY MUTUAL INSURANCE COMPANY**

  **6000 AMERICAN PARKWAY**

  **MADISON, WI 53783**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.



Jefferson Circuit Clerk
Date: **6/29/2020**

Presiding Judge: HON. OLU A. STEVENS (630305)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20 _____

   _____
   Served By

   _____
   Title

CI : 000001 of 000001

Summons ID: @00000950564
CIRCUIT: 20-CI-003711 Certified Mail
HOCKENBERRY, KATHRYN VS. FOLEY, ANDRW, ET AL





Filed          20-CI-003711   07/02/2020          David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT
                                                                                    08/24/2020 02:08:17 PM
                                                                                    87368

NO. 20-CI-003711                                JEFFERSON CIRCUIT COURT
                                                HON. OLU A. STEVENS
                                                DIVISION SIX (6)

*Electronically Filed*

KATHRYN HOCKENBERRY                                          PLAINTIFF

v.

### NOTICE-MOTION-ORDER

ANDRW FOLEY, et al.                                         DEFENDANTS

## ** ** ** ** ** ** ** ** ** ** ** **

### NOTICE

Please take notice that the following motion will be made on Monday, the 13th day of

July, 2020, at 11:15 a.m., in the above Court.

### PLAINTIFF'S MOTION FOR REMOVAL OF CURRENT COMPLAINT AND ADMISSION OF SUBSEQUENT CORRECT COMPLAINT

Comes the Plaintiff, Kathryn Hockenberry, by counsel, and moves this Court to remove

the current Complaint and admit the subsequent Complaint filed in accordance with this motion.

Plaintiff mistakenly uploaded the wrong complaint containing individuals that are not parties to

this action through e-filing at the commencement of this action. As such, the Plaintiff requests

that the Court remove the current Compliant and enter the Complaint filed in accordance with

this motion. Further, the Plaintiff requests permission to serve the Defendants Andrw Foley and

American Family Mutual Insurance Company with the correct, replacement Complaint filed in

accordance with this motion.

Filed          20-CI-003711   07/02/2020          David L. Nicholson, Jefferson Circuit Clerk

Filed          20-CI-003711     07/02/2020          David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT
                                                                                      08/24/2020 02:08:17 PM
                                                                                      87368

Respectfully Submitted,

**Alex R. White, PLLC**


__/s/ John K. Spalding  (95065_____

John K. Spalding
908 Minoma Avenue
Louisville, Kentucky  40217
Phone:  (502) 882-7552
john@arwhitelaw.com
*Counsel for Plaintiff*


## CERTIFICATE

It is hereby certified that a true and correct copy of the foregoing was served by U.S.

Mail, this 2nd day of July, 2020, to the following:


Andrw Foley
279 Highway 337
Coyrdon, Indiana 47112
*Defendant*

American Family Mutual Insurance Company
6000 American Parkway
Madison, WI 53783
*Defendant*


/s/ John K. Spalding_____
John K. Spalding
*Counsel for Plaintiffs*

MOT : 000002 of 000003

Filed          20-CI-003711     07/02/2020          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
08/24/2020 02:08:17 PM
87368

NO. 20-CI-003711                                           JEFFERSON CIRCUIT COURT
                                                           HON. OLU A. STEVENS
                                                           DIVISION SIX (6)

*__Electronically Filed__*

KATHRYN HOCKENBERRY                                                  PLAINTIFF

v.                                    __ORDER__

ANDRW FOLEY, et al.                                                  DEFENDANTS


    IT IS HEREBY ORDERED that the Plaintiff's original, incorrect Complaint containing

individuals not party to this action be removed and replaced by the correct Complaint that was filed in

accordance with the Plaintiff's motion. Further, it is ordered that the Plaintiff may serve Defendants

Andrw Foley and American Family Mutual Insurance Company with the correct Complaint that was filed

in accordance with Plaintiff's motion.




                              _____

                              JUDGE


                              Date: _____

MOT : 000003 of 000003

Filed          20-CI-003711     07/02/2020          David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT
                                                                                            08/24/2020 02:09:02 PM
                                                                                            87368

NO. _____                              JEFFERSON CIRCUIT COURT
                                                 DIVISION _____
                                                 JUDGE _____

*Electronically Filed*

**KATHRYN HOCKENBERRY**                                    **PLAINTIFF**

v.

**ANDRW FOLEY**                                            **DEFENDANTS**
279 Highway 337
Coyrdon, Indiana 47112

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY**
6000 American Parkway
Madison, WI 53783

<u>**COMPLAINT**</u>

\*     \*     \*     \*     \*

  Comes the Plaintiff, Kathryn Hockenberry, by and through undersigned counsel, and for her cause of action against Defendants Andrw Foley (hereinafter, "Foley") and American Family Mutual Insurance Company hereby states as follows:

  1.  The incident giving rise to this action occurred in Louisville, Jefferson County, Kentucky.

  2.  At all times relevant hereto, Plaintiff Kathryn Hockenberry resided in Louisville, Jefferson County, Kentucky.

  3.  At all times relevant hereto, Defendant Foley resided in Coyrdon, Harrison County, Indiana.

  4.  Defendant, American Family Mutual Insurance Company is an insurance company domiciled in the state of Wisconsin and can be served at 6000 American Parkway, Madison, WI 53783.

COM : 000001 of 000006

Filed          20-CI-003711   07/02/2020          David L. Nicholson, Jefferson Circuit Clerk

08/24/2020 02:09:02 PM
87368

5.      At all times relevant hereto, Defendant Foley and American Family Mutual

Insurance Company have the required minimum contacts in Jefferson County, Kentucky to be

subject to the jurisdiction of this court.

## FACTS

6.      On or about August 7, 2019, Plaintiff was driving her vehicle traveling

southbound in the left lane on Taylor Blvd at Camden, Jefferson County, Kentucky. Defendant

Foley was traveling northbound in the right lane on Taylor Blvd at Camden, Jefferson County,

Kentucky.

7.      While travelling northbound, Foley swerved into the Plaintiff's lane of traffic and

collided with the Plaintiff's vehicle head on.

8.      Plaintiff's property was damaged as a result of the collision.

9.      The collision injured Plaintiff.

10.     Plaintiff's damages are in excess of the minimum dollar amount necessary to

invoke the jurisdiction of this Court.

## COUNT I – NEGLIGENCE

11.     Plaintiff incorporates the above paragraphs as if set forth fully herein.

12.     The Defendant had a duty to operate his vehicle in a reasonable and safe manner

to protect other motorists on the roadway from injurie.

13.     The Defendant breached this duty when he swerved into the Plaintiff's lane and

collided with Plaintiff.

14.     As a direct and proximate result of the negligent acts and/or omissions of the

Defendant Foley, the Plaintiff was caused to incur medical expenses both past and future,

COM : 000002 of 000006

Filed          20-CI-003711   07/02/2020          David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT
                                                                                        08/24/2020 02:09:02 PM
                                                                                        87368

physical and mental pain and suffering both past and future, increased risk of harm, mental

anguish and lost enjoyment of life.

## COUNT II – VIOLATION OF UCSPA

15.     At the time of the collision the Defendant, Foley, possessed insurance coverage

through Defendant, American Family Mutual Insurance Company.

16.     Plaintiff's attorney has submitted a liability claim on behalf of Plaintiff to

American Family Mutual Insurance Company.  American Family Mutual Insurance Company

has offered unreasonable and denial to the Plaintiff to compensate her for her claims, including

personal injury, medical expenses and others; Specifically, American Family Mutual Insurance

Company has intentionally disregarded the diagnosis of Ms. Hockenberry's treating physician, a

board-certified neurologist.

17.     American Family Mutual Insurance Company has violated KRS 304.12-230 by

failing to conduct a reasonable investigation by failing to base their claim on (1) the facts of the

case (2) the medical bills incurred by Plaintiff (3) Kentucky law.

18.     American Family Mutual Insurance Company has violated KRS 301.12-230 by

failing to attempt in good faith to effectuate a prompt, fair and equitable settlement of Plaintiff's

claim when liability has become reasonably clear; specifically, the adjuster has acted in bad faith

by continuing to claim that the Plaintiff's claims regarding her diagnosed brain injury are nearly

worthless without conducting a reasonable investigation.

19.      American Family Mutual Insurance Company has violated KRS 301.12-230 by

forcing the Plaintiff herein to institute this litigation to recover a fair and reasonable amount for

personal injury when liability is clearly established.

COM : 000003 of 000006

20.     Plaintiff has been damaged by Defendant, American Family Mutual Insurance

Company's violations of the Unfair Claims Settlement Practices Act by being placed in a

situation of long-term financial uncertainty and the additional stress of litigation of this case.

21.     Plaintiff if entitled to recover from American Family Mutual Insurance Company

for their violations of statutes and regulations, including but not limited to, by and through, KRS

446.070, 304.12-230 and 304.12-235, to include interest stated therein, attorney fees and punitive

damages.

### COUNT III – BAD FAITH

22.     Plaintiff re-alleges and re-incorporates the allegations of all preceding paragraphs.

23.     Defendant American Family Mutual Insurance Company has a duty to act in good

faith to effectuate a fair and reasonable settlement of Plaintiff's claims.

24.     Defendant American Family Mutual Insurance Company breached its duty to act

in good faith by disregarding the diagnosis of the Plaintiff's board-certified treating neurologist.

American Family has continually refused to consider the brain injury diagnosis of Ms.

Hockenberry's treating physician despite offering no good faith basis to deny this claim.

25.     Defendant informed Plaintiff's counsel that they were not considering Ms.

Hockenberry's diagnosed brain injury, brain injury treatment, and predicted future medical

expenses associated with her brain injury in their offers of settlement.  Ms. Hockenberry engaged

in conservative and lengthy therapy to address her brain injury.  American Family has chosen to

ignore this portion of Ms. Hockenberry's claims and damages.

26.     Defendant American Family Mutual Insurance Company had an obligation to

resolve Plaintiff's claim under the terms of its insurance policy with Defendant Foley.

Filed          20-CI-003711     07/02/2020          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
08/24/2020 02:09:02 PM
87368

27.     Defendant American Family Mutual Insurance Company knew there was no reasonable basis in law or fact, for its failure to consider Ms. Hockenberry's brain injury; or, in the alternative Defendant acted with reckless disregard in its evaluation of Ms. Hockenberry's injuries/damages.

28.     As a direct and proximate result of the aforesaid unfair, deceptive, and intentional acts of Defendant American Family Mutual Insurance Company, Plaintiff was faced with long-term uncertainty as to her financial future and undue hardship.

29.     Punitive damages are warranted against Defendant American Family Mutual Insurance Company.

**WHEREFORE**, Plaintiff, by and through undersigned counsel, respectfully demands judgment against Defendant as follows:

1.     For an amount of compensatory damages, including property damage, that is fair and reasonable as established by the evidence;

2.     For punitive damages;

3.     For prejudgment interest from the date of injury until such time as judgment is paid;

4.     For her costs herein expended; and

5.     For any and all other relief to which she may be entitled.

COM : 000005 of 000006

Filed          20-CI-003711     07/02/2020          David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
                                                                    08/24/2020 02:09:02 PM
                                                                    87368

Respectfully submitted,

**Alex R. White, PLLC**


/s/John K. Spalding
John K.Spalding
908 Minoma Avenue
Louisville, KY 40217
Telephone: (502) 882-7552
Facsimile: (502) 585-3559
John@arwhitelaw.com
*Counsel for Plaintiff*

COM : 000006 of 000006

Filed          20-CI-003711     07/02/2020          David L. Nicholson, Jefferson Circuit Clerk

NO. _____                    JEFFERSON CIRCUIT COURT
                                         DIVISION _____
                                         JUDGE _____

*Electronically Filed*

**KATHRYN HOCKENBERRY**                              **PLAINTIFF**

v.

**ANDRW FOLEY**                                       **DEFENDANTS**
279 Highway 337
Coyrdon, Indiana 47112

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY**
6000 American Parkway
Madison, WI 53783

## COMPLAINT

\*        \*        \*        \*        \*

Comes the Plaintiff, Kathryn Hockenberry, by and through undersigned counsel, and for

her cause of action against Defendants Andrw Foley (hereinafter, "Foley") and American Family

Mutual Insurance Company hereby states as follows:

1.      The incident giving rise to this action occurred in Louisville, Jefferson County,

Kentucky.

2.      At all times relevant hereto, Plaintiff Kathryn Hockenberry resided in Louisville,

Jefferson County, Kentucky.

3.      At all times relevant hereto, Defendant Foley resided in Coyrdon, Harrison

County, Indiana.

4.      Defendant, American Family Mutual Insurance Company is an insurance company

domiciled in the state of Wisconsin and can be served at 6000 American Parkway, Madison, WI

53783.

Filed          20-CI-003711     07/02/2020          David L. Nicholson, Jefferson Circuit Clerk

Filed          20-CI-003711   07/02/2020          David L. Nicholson, Jefferson Circuit Clerk    DOCUMENT
                                                                                         08/24/2020 02:09:02 PM
                                                                                         87368

5.      At all times relevant hereto, Defendant Foley and American Family Mutual

Insurance Company have the required minimum contacts in Jefferson County, Kentucky to be

subject to the jurisdiction of this court.

## FACTS

6.      On or about August 7, 2019, Plaintiff was driving her vehicle traveling

southbound in the left lane on Taylor Blvd at Camden, Jefferson County, Kentucky. Defendant

Foley was traveling northbound in the right lane on Taylor Blvd at Camden, Jefferson County,

Kentucky.

7.       While travelling northbound, Foley swerved into the Plaintiff's lane of traffic and

collided with the Plaintiff's vehicle head on.

8.      Plaintiff's property was damaged as a result of the collision.

9.      The collision injured Plaintiff.

10.     Plaintiff's damages are in excess of the minimum dollar amount necessary to

invoke the jurisdiction of this Court.

## COUNT I – NEGLIGENCE

11.     Plaintiff incorporates the above paragraphs as if set forth fully herein.

12.     The Defendant had a duty to operate his vehicle in a reasonable and safe manner

to protect other motorists on the roadway from injurie.

13.     The Defendant breached this duty when he swerved into the Plaintiff's lane and

collided with Plaintiff.

14.     As a direct and proximate result of the negligent acts and/or omissions of the

Defendant Foley, the Plaintiff was caused to incur medical expenses both past and future,

COM : 000002 of 000006

Filed          20-CI-003711   07/02/2020          David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
08/24/2020 02:09:02 PM
87368

physical and mental pain and suffering both past and future, increased risk of harm, mental anguish and lost enjoyment of life.

## COUNT II – VIOLATION OF UCSPA

15.     At the time of the collision the Defendant, Foley, possessed insurance coverage through Defendant, American Family Mutual Insurance Company.

16.     Plaintiff's attorney has submitted a liability claim on behalf of Plaintiff to American Family Mutual Insurance Company.  American Family Mutual Insurance Company has offered unreasonable and denial to the Plaintiff to compensate her for her claims, including personal injury, medical expenses and others; Specifically, American Family Mutual Insurance Company has intentionally disregarded the diagnosis of Ms. Hockenberry's treating physician, a board-certified neurologist.

17.     American Family Mutual Insurance Company has violated KRS 304.12-230 by failing to conduct a reasonable investigation by failing to base their claim on (1) the facts of the case (2) the medical bills incurred by Plaintiff (3) Kentucky law.

18.     American Family Mutual Insurance Company has violated KRS 301.12-230 by failing to attempt in good faith to effectuate a prompt, fair and equitable settlement of Plaintiff's claim when liability has become reasonably clear; specifically, the adjuster has acted in bad faith by continuing to claim that the Plaintiff's claims regarding her diagnosed brain injury are nearly worthless without conducting a reasonable investigation.

19.      American Family Mutual Insurance Company has violated KRS 301.12-230 by forcing the Plaintiff herein to institute this litigation to recover a fair and reasonable amount for personal injury when liability is clearly established.

Filed          20-CI-003711   07/02/2020          David L. Nicholson, Jefferson Circuit Clerk

Filed          20-CI-003711      07/02/2020          David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT
                                                                                    08/24/2020 02:09:02 PM
                                                                                    87368

20.      Plaintiff has been damaged by Defendant, American Family Mutual Insurance

Company's violations of the Unfair Claims Settlement Practices Act by being placed in a

situation of long-term financial uncertainty and the additional stress of litigation of this case.

21.      Plaintiff if entitled to recover from American Family Mutual Insurance Company

for their violations of statutes and regulations, including but not limited to, by and through, KRS

446.070, 304.12-230 and 304.12-235, to include interest stated therein, attorney fees and punitive

damages.

### COUNT III – BAD FAITH

22.      Plaintiff re-alleges and re-incorporates the allegations of all preceding paragraphs.

23.      Defendant American Family Mutual Insurance Company has a duty to act in good

faith to effectuate a fair and reasonable settlement of Plaintiff's claims.

24.      Defendant American Family Mutual Insurance Company breached its duty to act

in good faith by disregarding the diagnosis of the Plaintiff's board-certified treating neurologist.

American Family has continually refused to consider the brain injury diagnosis of Ms.

Hockenberry's treating physician despite offering no good faith basis to deny this claim.

25.      Defendant informed Plaintiff's counsel that they were not considering Ms.

Hockenberry's diagnosed brain injury, brain injury treatment, and predicted future medical

expenses associated with her brain injury in their offers of settlement.  Ms. Hockenberry engaged

in conservative and lengthy therapy to address her brain injury.  American Family has chosen to

ignore this portion of Ms. Hockenberry's claims and damages.

26.      Defendant American Family Mutual Insurance Company had an obligation to

resolve Plaintiff's claim under the terms of its insurance policy with Defendant Foley.

COM : 000004 of 000006

Filed          20-CI-003711    07/02/2020          David L. Nicholson, Jefferson Circuit Clerk

FILED DOCUMENT
08/24/2020 02:09:02 PM
87368

27.     Defendant American Family Mutual Insurance Company knew there was no reasonable basis in law or fact, for its failure to consider Ms. Hockenberry's brain injury; or, in the alternative Defendant acted with reckless disregard in its evaluation of Ms. Hockenberry's injuries/damages.

28.     As a direct and proximate result of the aforesaid unfair, deceptive, and intentional acts of Defendant American Family Mutual Insurance Company, Plaintiff was faced with long-term uncertainty as to her financial future and undue hardship.

29.     Punitive damages are warranted against Defendant American Family Mutual Insurance Company.

**WHEREFORE**, Plaintiff, by and through undersigned counsel, respectfully demands judgment against Defendant as follows:

1.     For an amount of compensatory damages, including property damage, that is fair and reasonable as established by the evidence;

2.     For punitive damages;

3.     For prejudgment interest from the date of injury until such time as judgment is paid;

4.     For her costs herein expended; and

5.     For any and all other relief to which she may be entitled.

COM : 000005 of 000006

Filed          20-CI-003711     07/02/2020          David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT
08/24/2020 02:09:02 PM
87368

Respectfully submitted,

**Alex R. White, PLLC**


/s/John K. Spalding
John K.Spalding
908 Minoma Avenue
Louisville, KY 40217
Telephone: (502) 882-7552
Facsimile: (502) 585-3559
John@arwhitelaw.com
*Counsel for Plaintiff*

COM : 000006 of 000006

NOT ORIGINAL DOCUMENT
08/24/2020 03:47:16 PM
87368



| AOC-E-105 Sum Code: CI | | |
|---|---|---|
| Rev. 9-14 | | Case #: **20-CI-003711** |
| Commonwealth of Kentucky | | Court: **CIRCUIT** |
| Court of Justice *Courts.ky.gov* | | County: **JEFFERSON Circuit** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plantiff,* **HOCKENBERRY, KATHRYN VS. FOLEY, ANDRW, ET AL**, *Defendant*

TO: **FOLEY, ANDRW**

**279 HIGHWAY 337**

**COYRDON, IN 47112**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.



Jefferson Circuit Clerk
Date: **7/29/2020**

Presiding Judge: HON. OLU A. STEVENS (630305)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

CI : 000001 of 000001

Summons ID: @00000952917
CIRCUIT: 20-CI-003711 Certified Mail
HOCKENBERRY, KATHRYN VS. FOLEY, ANDRW, ET AL



Page 1 of 1

eFiled

07094043-67DD-4CF4-A506-9DCF7B77992F : 000001 of 000006

NO.:  20-CI-003711                                    JEFFERSON CIRCUIT COURT
                                                                      DIVISION 6
                                                            JUDGE OLU A. STEVENS


KATHERINE HOCKENBERRY                                            PLAINTIFF

v.

<u>ANSWER OF DEFENDANT, AMERICAN FAMILY
MUTUAL INSURANCE COMPANY</u>

ANDREW FOLEY and
AMERICAN FAMILY MUTUAL
INSURANCE COMPANY                                              DEFENDANTS

* * * * * * * * * * *

The Defendant, American Family Mutual Insurance Company ("Defendant"), for its

Answer to the Complaint of the Plaintiff, states as follows:

### FIRST DEFENSE

The Complaint fails to state a claim against this Defendant and should be dismissed.

### SECOND DEFENSE

Defendant relies upon the affirmative defenses of insufficiency of process, insufficiency

of service of process and lack of jurisdiction.

### THIRD DEFENSE

1.       Defendant is without sufficient knowledge and/or information to form a belief as

to the truth of the averments contained in Paragraphs 1, 2, 3, 5, 6, 7, 8, 9, 10, 12, 13 and 14 of the

Complaint and therefore denies them.

07094043-67DD-4CF4-A506-9DCF7B77992F : 000002 of 000006

2.      Defendant admits so much of the averments contained in Paragraph 4 of the Complaint as aver that it is an insurance company with its principal place of business in Wisconsin but denies all other averments contained in Paragraph 4.

3.      In response to Paragraph 11 of the Complaint, Defendant adopts and incorporates herein its above stated responses to Paragraphs 1-10 of the Complaint.

4.      Defendant admits so much of the averments contained in Paragraph 15 of the Complaint as aver that, as of August 7, 2019, other individuals were the named insureds on a policy of automobile liability insurance applicable to the vehicle Andrew Foley was driving at the time of the subject accident; any other allegations contained in Paragraph 15 are denied.

5.      Defendant admits so much of Paragraph 16 of the Complaint as aver that Plaintiff submitted to it a claim for bodily injury liability benefits but Defendant denies any and all remaining averments contained in Paragraph 16.

6.      Defendant denies the averments contained in Paragraphs 17, 18, 19, 20, 21, 24, 27, 28 and 29 of the Complaint.

7.      In response to Paragraph 22 of the Complaint, Defendant adopts and incorporates herein its above stated responses to Paragraphs 1-21 of the Complaint.

8.      Defendant states that Paragraphs 23 and 26 of the Complaint contains only legal conclusions and no averments to which a response is required; to the extent that Paragraphs 23 or 26 contain any averments against this Defendant, they are denied.

9.      Defendant admits so much of the averments contained in Paragraph 25 of the Complaint as aver that it has communicated with Plaintiff and/or Plaintiff's counsel with respect to Plaintiff's bodily injury claim and states that the substance of those communications speaks

for themselves. Defendant denies any and all remaining averments that may be contained in Paragraph 25.

10.     Defendant denies any and all averments contained in the  Complaint that are not specifically admitted herein.

### FOURTH DEFENSE

Defendant affirmatively states that it acted at all times in good faith and in compliance with Kentucky law with respect to the allegations giving rise to the Complaint.

### FIFTH DEFENSE

Defendant relies on the terms and conditions of the policy of insurance it issued to its named insureds as a complete defense to the allegations contained in the Complaint.

### SIXTH DEFENSE

Defendant relies on all defenses available to it under KRS 304.12-230 as a complete defense to the allegations of the Complaint.

### SEVENTH DEFENSE

Defendant relies on all defenses available to it under KRS 411.070 and KRS 304.12-235.

### EIGHTH DEFENSE

Plaintiff may have failed to join persons and/or entities in whose absence complete relief cannot be afforded among those already a party.  Plaintiff may have also failed to join those persons who claim an interest relating to the subject accident and are so situated that its disposition may, as a practical matter, impair or impede their ability to protect those interests, or may subject persons or entities already a party to a substantial risk of incurring double, multiple, or otherwise inconsistent obligations.

07094043-67DD-4CF4-A506-9DCF7B77992F : 000004 of 000006

### NINETH DEFENSE

As an affirmative defense, Defendant specifically pleads that the allegations of the Complaint are legally insufficient to support a claim for punitive or exemplary damages and that, in any case, Kentucky law lacks adequate legal or procedural constraints on the award, amount, and/or judicial review of punitive damages such that any award of punitive damages in this case, being penal in nature without affording Defendant the same protections as those afforded to criminal defendants, would constitute grossly excessive punishment, in violation of Defendant's constitutional rights to due process and equal protection under the Fourth, Fifth, Sixth, and Eighth Amendments, as incorporated into the Fourteenth Amendment to the United States Constitution, and in violation of Section 17 of the Kentucky Constitution, the Eighth Amended to the Kentucky Constitution, and the common law and public policies of Kentucky. Alternatively, Defendant relies on KRS 411.184, as modified by Williams v. Wilson, 972 S.W.2d 260 (Ky. 1998), as a bar to Plaintiff's punitive damages claim.

### TENTH DEFENSE

To the extent that Plaintiff seeks to recover prejudgment interest, the Complaint fails to state a claim upon which relief may be granted.

### ELEVENTH DEFENSE

The accident, injuries, and damages claimed, if any in fact, may have been the direct or proximate result of Plaintiff's sole negligence; or in the alternative, may have been the direct or proximate result of some third person or persons who may have been acting individually or jointly with others; or in the alternative, may have been the direct or proximate result of some superseding or intervening cause; or in the alternative, were the direct or proximate result of an

unavoidable accident.  These alternative causes act as a bar in whole or in part to Plaintiff's recovery against this Defendant.

<b>TWELFTH DEFENSE</b>

Defendant relies on the defense of lack of malice or scienter, lack of willful or wanton conduct, and good faith.

<b>THIRTEENTH DEFENSE</b>

Defendant relies upon any and all defenses available to it under Kentucky common law.

<b>FOURTEENTH DEFENSE</b>

Defendant relies upon any all defenses available to it under Kentucky's Motor Vehicle Reparations Act, as contained in Subtitle 39 of Chapter 304 of the Kentucky Revised Statutes.

<b>FIFTEENTH DEFENSE</b>

Defendant reserves the right to assert additional defenses as they become known and available to it during discovery.

WHEREFORE, Defendant, American Family Mutual Insurance Company, prays for the following relief:

1. That the Complaint be dismissed with prejudice and Plaintiff take nothing thereby;

2. That, in the alternative, a trial by jury be had as to all issues so triable;

3. That Defendant recover its costs and fees herein expended; and

4. That Defendant be awarded any other relief to which it may appear entitled.

Respectfully submitted,

KOPKA PINKUS DOLIN, PC
301 E. Main Street, Suite 400
Lexington, KY  40507
Phone:  (859) 368-8999
Fax:  (859) 368-8772

By:  */s/ Bradly E. Moore*                          
     BRADLY E. MOORE (KBA #87368)
     bemoore@kopkalaw.com
     DIANE R. CONLEY (KBA #86047)
     drconle@kopkalaw.com
     *Counsel for American Family Mutual*
         *Insurance Company*

### CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of July, 2020, the foregoing document was electronically filed with the Clerk of this Court using the KY eCourts eFiling system, and I further certify that a true and correct copy was served by mail, postage prepaid, to the following:

John K. Spalding
Alex R. White, PLLC
908 Minoma Avenue
Louisville, KY  40217
John@arwhitelaw.com

Andrew Foley
279 Highway 337
Coyrdon, IN  47112

**Original to (via efiling):**

**Clerk, Jefferson County Circuit Court**

     */s/ Bradly E. Moore*                          
     BRADLY E. MOORE

Filed          20-CI-003711   07/24/2020          David L. Nicholson, Jefferson Circuit Clerk

NO.:  20-CI-003711                              JEFFERSON CIRCUIT COURT
                                                               DIVISION 6
                                                      JUDGE OLU A. STEVENS


KATHERINE HOCKENBERRY                                        PLAINTIFF

v.

                              **NOTICE OF SERVICE**

ANDREW FOLEY and
AMERICAN FAMILY MUTUAL
INSURANCE COMPANY                                          DEFENDANTS

                          * * * * * * * * * * *


      The Defendant, American Family Mutual Insurance Company, by counsel, hereby gives

notice that it has served its Interrogatory and Requests for Admissions upon Plaintiff, Katherine

Hockenberry, by service upon her counsel, on this 24th day of July, 2020.

                          Respectfully submitted,

                          KOPKA PINKUS DOLIN, PC
                          301 E. Main Street, Suite 400
                          Lexington, KY  40507
                          Phone:  (859) 368-8999
                          Fax:  (859) 368-8772


                          By:  /s/ Bradly E. Moore
                              BRADLY E. MOORE (KBA #87368)
                              bemoore@kopkalaw.com
                              DIANE R. CONLEY (KBA #86047)
                              drconle@kopkalaw.com
                              *Counsel for American Family Mutual*
                                  *Insurance Company*

Filed          20-CI-003711   07/24/2020          David L. Nicholson, Jefferson Circuit Clerk

Filed          20-CI-003711   07/24/2020          David L. Nicholson, Jefferson Circuit Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of July, 2020, the foregoing document was electronically filed with the Clerk of this Court using the KY eCourts eFiling system, and I further certify that a true and correct copy was served by mail, postage prepaid, to the following:

John K. Spalding
Alex R. White, PLLC
908 Minoma Avenue
Louisville, KY  40217
John@arwhitelaw.com

Andrew Foley
279 Highway 337
Coyrdon, IN  47112

**Original to (via efiling):**

**Clerk, Jefferson County Circuit Court**

/s/ Bradly E. Moore
BRADLY E. MOORE

60E9CEF7-8CD2-44CB-9571-D8F52C11C03E : 000002 of 000002

NO : 000002 of 000002

Filed          20-CI-003711   07/24/2020          David L. Nicholson, Jefferson Circuit Clerk

NO.:  20-CI-003711                                    JEFFERSON CIRCUIT COURT
                                                                        DIVISION 6
                                                              JUDGE OLU A. STEVENS


KATHERINE HOCKENBERRY                                          PLAINTIFF

v.

               DEFENDANT, AMERICAN FAMILY MUTUAL
               INSURANCE COMPANY'S, INTERROGATORY
               AND REQUESTS FOR ADMISSIONS TO PLAINTIFF

ANDREW FOLEY and
AMERICAN FAMILY MUTUAL
INSURANCE COMPANY                                             DEFENDANTS

                          * * * * * * * * * * *

Pursuant to CR 33 and 36, the Defendant, American Family Mutual Insurance Company, hereby submits the following Interrogatory and Request for Admission to the Plaintiff, Katherine Hockenberry:

### INTERROGATORY

**INTERROGATORY NO. 1:** Pursuant to CR 8.01(2), please identify and list, with specificity, the amount of unliquidated damages you are seeking from any Defendant in this matter, including but not limited to, any damages you may be seeking for past medical expenses, future medical expenses, past pain and suffering, future pain and suffering, lost wages, impairment of your ability to earn wages in the future, interest, property damage, punitive damages, interest, legal fees or costs.

**ANSWER**:

## REQUEST FOR ADMISSIONS

**REQUEST NO. 1:** Admit that you seek damages from the Defendants in an amount that exceeds the sum or value of $75,000, exclusive of interest and costs.

**RESPONSE:**

Respectfully submitted,

KOPKA PINKUS DOLIN, PC
301 E. Main Street, Suite 400
Lexington, KY  40507
Phone:  (859) 368-8999
Fax:  (859) 368-8772

By:  */s/ Bradly E. Moore*
    BRADLY E. MOORE (KBA #87368)
    bemoore@kopkalaw.com
    DIANE R. CONLEY (KBA #86047)
    drconle@kopkalaw.com
    *Counsel for American Family Mutual*
      *Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of July, 2020, the foregoing document was served by mail, postage prepaid, to the following:

John K. Spalding
Alex R. White, PLLC
908 Minoma Avenue
Louisville, KY  40217
John@arwhitelaw.com

Andrew Foley
279 Highway 337
Coyrdon, IN  47112

*/s/ Bradly E. Moore*
BRADLY E. MOORE

Filed          20-CI-003711     08/13/2020          David L. Nicholson, Jefferson Circuit Clerk

NO.:  20-CI-003711                                    JEFFERSON CIRCUIT COURT
                                                                    DIVISION 6
                                                        JUDGE OLU A. STEVENS

                                    *Electronically Filed*

KATHRYN HOCKENBERRY                                              PLAINTIFF

v.

                                    <u>NOTICE OF SERVICE</u>

ANDREW FOLEY and
AMERICAN FAMILY MUTUAL
INSURANCE COMPANY                                               DEFENDANTS


                              *** *** *** ***


        Notice is hereby given that Plaintiff, by and through counsel, has provided to Defendant

American Family Mutual Insurance Company, her Answers to Defendant'= American Family

Mutual Insurance Company's First Set of Interrogatory and Requests for Admissions answered

in writing and under oath, pursuant to the Kentucky Rules of Civil Procedure.  These were sent

via electronic mail and USPS on this the 13th day of August, 2020.

        .

                                                        Respectfully submitted,

                                                        **Alex R. White, PLLC**


                                                        */s/ John Spalding*
                                                        John Spalding
                                                        908 Minoma Avenue
                                                        Louisville, Kentucky  40217
                                                        502.882.7552
                                                        John@arwhitelaw.com
                                                        *Counsel for Plaintiff*

Filed          20-CI-003711     08/13/2020          David L. Nicholson, Jefferson Circuit Clerk

## CERTIFICATE OF SERVICE

I hereby certify that I have served the forgoing upon the following via U.S. Mail and electronic mail this 13th day of August, 2020:

Andrew Foley
279 Highway 337
Coyrdon, IN  47112

Bradly Moore
bemoore@kopkalaw.com
Diane Conley
drconle@kopkalaw.com
KOPKA PINKUS DOLIN, PC
301 E. Main Street, Suite 400
Lexington, KY 40507

*/s/ John Spalding*
*Counsel for Plaintiff*

NO.:  20-CI-003711

JEFFERSON CIRCUIT COURT
DIVISION 6
JUDGE OLU A. STEVENS

KATHRYN HOCKENBERRY

PLAINTIFF

v.

**PLAINTIFF'S ANSWERS TO DEFENDANT, AMERICAN FAMILY MUTUAL
INSURANCE COMPANY'S, INTERROGATORY
AND REQUESTS FOR ADMISSIONS**

ANDREW FOLEY and
AMERICAN FAMILY MUTUAL
INSURANCE COMPANY

DEFENDANTS

* * * * * * * * * * *

Comes the Plaintiff, Kathryn Hockenberry, by and through undersigned counsel, for her

Answers and Responses to Defendants' First Request of Interrogatories and Requests for

Admissions.

## INTERROGATORY

**INTERROGATORY NO. 1:** Pursuant to CR 8.01(2), please identify and list, with

specificity, the amount of unliquidated damages you are seeking from any Defendant in this matter,

including but not limited to, any damages you may be seeking for past medical expenses, future

medical expenses, past pain and suffering, future pain and suffering, lost wages, impairment of

your ability to earn wages in the future, interest, property damage, punitive damages, interest, legal

fees or costs.

**ANSWER**:

**Decisions regarding damages have not been made at this time. Plaintiff will supplement in

accordance to the KRCP and/or any applicable order form this court. However, see

Plaintiff's medical records and billing for relevant information regarding damages.**

## <u>REQUEST FOR ADMISSIONS</u>

**REQUEST NO. 1:** Admit that you seek damages from the Defendants in an amount that exceeds the sum or value of $75,000, exclusive of interest and costs.

**RESPONSE:**

**Admit.**

Respectfully submitted,

**Alex R. White, PLLC**

*/s/ John K. Spalding*_____
John K. Spalding
908 Minoma Avenue
Louisville, KY 40217
Telephone: (502) 882-7552
John@ARWhiteLaw.com
*Counsel for Plaintiff*

.

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing was served on the following via electronic mail, this 13th day of August, 2020:

Andrew Foley
279 Highway 337
Coyrdon, IN  47112

Bradly Moore
bemoore@kopkalaw.com
Diane Conley
drconle@kopkalaw.com
KOPKA PINKUS DOLIN, PC
301 E. Main Street, Suite 400
Lexington, KY 40507

/s/ John K. Spalding
John K. Spalding

## **VERIFICATION**

I, _Kathryn Hockenberry_, verify that I have read the foregoing answers to interrogatories and that the statements contained therein are true and correct to the best of my knowledge, information and belief.

_Kathryn Hockenberry_
**Kathryn Hockenberry**

STATE OF _Kentucky_ )
                                        )
COUNTY OF _Jefferson_ )

_Kathryn Hockenberry_ appeared before me and signed this document of her own free will on this _13th_ day of _August_, 20 _20_.

My commission expires: _12/1/2021_.

_Notary Public_
Notary Public